IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**UNITED STATES OF AMERICA,**

v.　　　　　　　　　　　　　　　　　　　Case No. 5:10-CR-26 (HL)

**MYRON MCCRARY,**

　　　　Defendant.

## ORDER

On August 10, 2010, Defendant filed a *pro se* Petition for Writ of Habeas Corpus (Doc. 63).

It is not necessary to address the merits of Defendant's motion because he is not permitted to file this motion *pro se* while he is represented by counsel. "A district court has no obligation to entertain pro se motions filed by a represented party." Abdullah v. United States, 240 F.3d 683, 686 (8th Cir.2001). The Court declines to consider and consequently denies Defendant's petition. Because he is currently represented, Defendant must raise this issue through his counsel.

**SO ORDERED**, this the 11th day of August, 2010.

　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

mbh